

**NIXON PEABODY LLP**
*ATTORNEYS AT LAW*

NIXONPEABODY.COM
@NIXONPEABODYLLP

**David A. Tauster**
*Associate*
T 516-832-7559
dtauster@nixonpeabody.com

50 Jericho Quadrangle
Suite 300
Jericho, NY  11753-2728
516-832-7500

August 4, 2020

**VIA ECF**

Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/5/2020
```

      RE:    **Graciela Doncouse v. Hastens Beds, Inc. et al**
              **Docket No. 1:19-cv-11687**

Dear Judge Vyskocil:

    This firm represents Hastens Beds, Inc. ("Hastens") in the above referenced matter.  We write, with Plaintiff's consent, to request a thirty (30) day extension of time for the parties to submit a Proposed Case Management Plan and Scheduling Order and joint letter. Pursuant to Your Honor's order of July 16, 2020, the documents are due today. This is the first request by any party to file these documents.

    Due to various factors, including the complications created by the COVID-19 pandemic, the parties have not yet been able to meet "face-to-face" to discuss settlement. However, the parties have engaged in some substantive discussions and are confident that they will be able to reach an agreement to resolve this matter without the need for further judicial intervention. The requested thirty (30) day extension should afford the parties the time that they need to hash out such a settlement.

    We thank Your Honor for all courtesies extended.

**Granted. SO ORDERED.**

Date:  8/5/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

David A. Tauster

cc:    All counsel of record (via ECF)

4827-3043-4502.1