```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                Plaintiff,

-against-

HASTENS BEDS, INC. and BLAIRE HOUSE L.L.C.,

                Defendants.

1:19-cv-11687-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      On October 4, 2020, the parties filed a letter notifying the Court that the parties have executed a settlement agreement.  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 8, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  October 7, 2020
        New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**